miss the appeal. *United States v. Aguilar–Muniz,* 156 F.3d 974, 976 (9th Cir. 1998).

**DISMISSED.**

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Anthony V. CHACO, Defendant—
Appellant.**

**No. 97–10375.**

**D.C. No. CR–97–00036–1–JSU.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002 *.

Decided Sept. 18, 2002.

Before HUG, O' SCANNLAIN and
TASHIMA, Circuit Judges.

## MEMORANDUM **

Anthony V. Chaco appeals from his 45–day sentence and conviction by jury trial

---

* Tea's request for oral argument is denied, because this panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

for one count of making a false statement in violation of 18 U.S.C. § 1001. Chaco's attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Chaco did not file a pro se supplemental brief. Because our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals no arguable issues, we GRANT counsel's motion to withdraw, and AFFIRM the conviction and sentence.

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.